# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0450

VERSUS

HELEN BURNS                                           **JUNE 21, 2021**

---

In Re:     Helen Burns, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           255,875.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

JMG
JMM

**McClendon, J.,** concurs and would deny on the showing made.
Relator failed to include a copy of the indictment, the
commitment order, all pertinent minute entries and/or
transcripts, and any other portions of the district court record
that might support the claims raised in the application for
postconviction relief.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT